435 A.2d 1305

Commonwealth v. Hancox, Appellant.

Petition for Allowance of Appeal Denied Nov. 6, 1981.

Submitted April 16, 1980. M. Dan Mason, for appellant; F. Walter Bloom, III, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

435 A.2d 1306

Commonwealth v. Hartwig, Appellant.

Submitted June 13, 1980. Stewart J. Greenleaf, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment affirmed.

CAVANAUGH, J., concurred in the result.